IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RANDOLPH CLARKE and ANTWONNETTE WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> MALIK KELLEY, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : CASE NO.: 1:24-CV-137 (LAG) <br> : <br> : <br> : <br> : <br> : |

## ORDER

The Parties have advised the Court that they have settled this case. (*See* Email from Coleman Sylvan, Defendants' Counsel, to Marcia Alvarez Benavidez, Courtroom Deputy (Aug. 13, 2025, 10:54 AM EDT) (on file with the Court)). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case as the Parties finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 13th day of August, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**